IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THOMAS M. BRADDY, JR.,

  Plaintiff,

  v.

UNITED STATES OF AMERICA INC., et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3361-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending dismissing the action for failure to state a claim for relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 17 day of March, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Braddy\r&r.wpd